IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENA PARSONS,

    Plaintiff,

vs.                                        5:04-CV-284-SPM/AK

JOANNE BARNHART,
Commissioner of Social
Security,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 25) dated March 2, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.      The magistrate judge's report and recommendation (doc. 25) is

adopted and incorporated by reference in this order.

2. The decision of the Commissioner denying benefits is hereby *affirmed*.

**DONE AND ORDERED** this thirty-first day of March, 2006.

       *s/ Stephan P. Mickle*

       Stephan P. Mickle
       United States District Judge

/pao